UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:06-CR-39-1F

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Christopher Robert Baker** | ) | |

On May 15, 2007, Christopher Robert Baker appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Felon in Possession of Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment.

On December 17, 2012, pursuant to 28 U.S.C. § 2255, Baker's sentence was vacated in lieu of his guilty plea to Possession of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924 (a)(2) and Aiding and Abetting, 18 U.S. C. §2. He was sentence to time served to be followed by 3 years supervised release.

Christopher Robert Baker was released from custody and the term of supervised release commenced on December 17, 2012.

From evidence presented at the revocation hearing on September 6, 2013, the court finds as a fact that Christopher Robert Baker, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6th day of September, 2013.

*James C. Fox*
James C. Fox
Senior U.S. District Judge